United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA, CARPENTERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, and CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD for itself and on behalf of NORTHERN CALIFORNIA CARPENTERS REGIONAL COUNCIL, and CARPENTERS LOCAL UNION 403, <br><br> Plaintiffs, <br><br> v. <br><br> GDT BUILDERS, INC., <br><br> Defendant. | No. C 05-01834 WHA <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference is **CONTINUED** to **SEPTEMBER 15, 2005, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: July 27, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE