IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA, CARPENTERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, and CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD for itself and on behalf of NORTHERN CALIFORNIA CARPENTERS REGIONAL COUNCIL, and CARPENTERS LOCAL UNION 405,

    Plaintiffs,

  v.

GDT BUILDERS, INC., a Suspended California Corporation,

    Defendant.
                                               /

No. C 05-01834 WHA

**ORDER DENYING PLAINTIFFS' EX PARTE REQUEST FOR STAY**

    The Court **DENIES** plaintiffs' *ex parte* request for a 120-day stay.  Trial counsel shall be present at the case management conference scheduled for **SEPTEMBER 15, 2005, AT 3:30 P.M.**  In the future, please do not bury a request to continue in a document entitled "statement."  We prioritize and triage the reading of incoming materials by looking at the title, so the title should tell us a continuance is requested.

Dated: September 6, 2005.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE