1  BARRY E. HINKLE, Bar No. 071223
   KRISTINA HILLMAN, Bar No. 208599
2  JOYE BLANSCETT, Bar No. 191242
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marin Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone (510) 337-1001
5  Facsimile (510) 337-1023

6  Attorneys for Plaintiffs

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 ROBERT ALVARADO, in his capacity as      ) No.   C 05-01834
   Trustee of the CARPENTERS HEALTH AND     )
12 WELFARE TRUST FUND FOR CALIFORNIA;       )
   CARPENTERS VACATION-HOLIDAY TRUST        )
13 FUND FOR NORTHERN CALIFORNIA;            ) **PLAINTIFF'S VOLUNTARY**
   CARPENTERS PENSION TRUST FUND FOR        ) **DISMISSAL AND [P̶r̶o̶p̶o̶s̶e̶d̶]**
14 NORTHERN CALIFORNIA; and                 ) **ORDER**
   CARPENTERS TRAINING TRUST FUND FOR       )
15 NORTHERN CALIFORNIA, and                 )
   CARPENTERS 46 NORTHERN CALIFORNIA        )
16 COUNTIES CONFERENCE BOARD for itself     )
   and on behalf of NORTHERN CALIFORNIA     )
17 CARPENTERS REGIONAL COUNCIL, and         )
   CARPENTERS LOCAL UNION 405               )
18                                          )
              Plaintiffs,                   )
19                                          )
        v.                                  )
20                                          )
   GDT BUILDERS, INC., A Suspended California )
21 Corporation,                             )
                                            )
22            Defendants.                   )
                                            )
23 _____

24 ///

25 ///

26 ///

27 ///

28

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

Plaintiff's Voluntary Dismissal And [P̶r̶o̶p̶o̶s̶e̶d̶] Order
Case No. C 05-01834

- 2 -

1  By and through their counsel of record, Plaintiffs hereby voluntarily request that this Court

2  dismiss the above-captioned matter with prejudice with the understanding that Plaintiffs may

3  reopen the case within one-hundred-twenty (120) days, being on or before January 13, 2006.

5  Dated: September 19, 2005         WEINBERG, ROGER & ROSENFELD
                                     A Professional Corporation

7                                    By: /s/
                                         JOYE BLANSCETT
8                                        Attorneys for Plaintiffs

10                                          **ORDER**

11  IT IS SO ORDERED.

13  Dated: September 20, 2005

                                     THE HONORABLE WILLIAM ALSUP
14                                   UNITED STATES DISTRICT JUDGE

18  109382/396488

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

Plaintiff's Voluntary Dismissal And [~~Proposed~~] Order
Case No. C 05-01834

# PROOF OF SERVICE
(CCP 1013)

I am a citizen of the United States and an employee in the County of ALAMEDA, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On September 19, 2005, I served upon the following parties in this action:

> GDT Builders, Inc.
> 404 Aldo Avenue
> Santa Clara, CA 95054

copies of the document(s) described as:

**Plaintiff's Voluntary Dismissal And [Proposed] Order**

[X] **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ] **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ] **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Oakland, California, on September 19, 2005.

/s/
Jilala Foley

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

- 3 -

Plaintiff's Voluntary Dismissal And [Proposed] Order
Case No. C 05-01834